IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sisson, Micki

Printed: 8/5/08

Case Number: 04 B 40586
Judge: Wedoff, Eugene R
Filed: 11/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 20, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,455.00 |  |
| Secured: |  | 3,073.11 |
| Unsecured: |  | 10,237.68 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 850.69 |
| Other Funds: |  | 883.52 |
| Totals: | 17,455.00 | 17,455.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Harris Bank | Secured | 3,073.11 | 3,073.11 |
| 3. | World Financial Network Nat'l | Unsecured | 238.98 | 238.98 |
| 4. | ECast Settlement Corp | Unsecured | 6,852.86 | 6,852.86 |
| 5. | Crossing Pointe | Unsecured | 171.88 | 171.88 |
| 6. | ECast Settlement Corp | Unsecured | 1,756.21 | 1,756.21 |
| 7. | ECast Settlement Corp | Unsecured | 1,217.75 | 1,217.75 |
| 8. | Champion Mortgage | Secured |  | No Claim Filed |
| 9. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 10. | Chase Advantage Credit | Unsecured |  | No Claim Filed |
| 11. | Frederick J Hanna & Assoc | Unsecured |  | No Claim Filed |
| 12. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |
| 13. | Avon Products Inc | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,720.79 | $ 15,720.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 84.82 |
| 4% | 53.21 |
| 3% | 34.20 |
| 5.5% | 208.30 |
| 5% | 56.57 |
| 4.8% | 118.55 |
| 5.4% | 295.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sisson, Micki

Printed:  8/5/08

Case Number:  04 B 40586
Judge:  Wedoff, Eugene R
Filed:  11/2/04

_____
$ 850.69

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____